IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAYLIN TRANSPORT, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FULK BROS., L.L.C.,<br><br>Defendant. | 8:23CV69<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

This case is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. Filing 14. The parties request that this matter be dismissed with prejudice, with each party to pay its own costs and attorney fees. Under these circumstances, dismissal with prejudice is appropriate. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation for Dismissal with Prejudice, Filing 14, is granted and this matter is dismissed with prejudice, with each party to pay its own costs and attorney fees.

Dated this 9th day of May, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1